upon the ground that such application should be addressed to a Justice of this court or a Judge of the Court of Appeals. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of HERBERT R. REIF, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS GRUBBS, Appellant, against DANIEL McMANN, as Warden of Clinton Prison, Respondent.— Motion for an extension of time within which to prosecute appeal granted and time extended to the March 1960 Term of this court. Motion to prosecute appeal as a poor person granted and the appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of NELLIE VICK, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion for assignment of counsel pursuant to subdivision 1 of section 538 of the Labor Law granted. Howard Levine, Esq., of Schenectady, New York is assigned as counsel for claimant-respondent. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of WALTER DMYTRESHIN, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion for assignment of counsel pursuant to subdivision 1 of section 538 of the Labor Law granted. Howard Levine, Esq., of Schenectady, New York is assigned as counsel for claimant-respondent. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of MARK KORMES, Petitioner, against JOSEPH H. MURPHY et al., Constituting the State Tax Commission, Respondents.— Motion by Casualty Actuarial Society for permission to file a brief amicus curiæ. Motion granted. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.